No. 379. POLSKI ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court

of Appeals for the Eighth Circuit denied. *Mr. E. Howard Morphy* for petitioners. *Solicitor General Hughes* and *Mr. John J. Byrne* for the United States.